■ In the Matter of JAMAL BROADIE, Appellant, v WALTER KELLY et al., Respondents.—Motion to withdraw as assigned counsel denied. Memorandum: The appeal has been deemed abandoned and dismissed. *(See,* 22 NYCRR 1000.3 [b] [2].) Present—Callahan, J. P., Denman, Boomer, Green and Davis, JJ.

■ In the Matter of DANIEL WARD, Appellant, v RAMON RODRIGUEZ et al., Respondents.—Motion to be relieved of abandonment and dismissal denied as untimely *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Denman, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v CLYDE BROOKS, Defendant.—Motion to extend time to take appeal denied with leave to renew in 30 days upon the submission of facts constituting a legal basis for the motion as required by CPL 460.30 (2). Present—Callahan, J. P., Denman, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v STEPHAN PIERCE, Defendant.—Motion to extend time to take appeal denied with leave to renew in 30 days upon a showing of specific facts constituting the alleged "improper conduct" of counsel as required by CPL 460.30 (2). Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v DONNIE JONES, Defendant.—Motion to extend time to take appeal denied. Memorandum: The motion is unnecessary. Since defendant was never served with a copy of the order from which he seeks leave to appeal, his time to seek leave has not yet begun to run *(see,* CPL 460.10 [4] [a]). Present—Callahan, J. P., Denman, Boomer, Green and Davis, JJ.